IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENNETT WILCOSKY, *et al.*, each individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON.COM SERVICES, INC., a Delaware corporation,<br><br>        Defendants. | Case No. 1:19-cv-05061<br><br>Hon. Robert W. Gettleman |

**DEFENDANTS AMAZON.COM, INC. AND
AMAZON.COM SERVICES, INC.'S MOTION TO COMPEL
ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY CLAIMS**

Pursuant to Federal Rule of Civil Procedure 12(b)(3) and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, Defendants Amazon.com, Inc. and Amazon.com Services, Inc. (collectively, "Amazon") respectfully move this Court for an order compelling Plaintiffs to arbitrate their claims and dismissing Plaintiffs' claims in favor of arbitration of the claims on an individual, non-class basis. In the alternative, Amazon respectfully moves this Court for an order staying the claims pending individual arbitration. In support of its motion, Amazon incorporates its Memorandum of Law filed contemporaneously herewith.

**WHEREFORE**, Amazon respectfully requests that the Court grant its motion and enter an order compelling Plaintiffs to arbitrate their claims and dismissing their claims, or in the alternative, staying this action pending arbitration, and granting such other relief as the Court deems appropriate.

1

2

Dated: September 3, 2019

Respectfully submitted,

**AMAZON.COM, INC. AND
AMAZON.COM SERVICES, INC.**

By: */s/ Elizabeth B. Herrington*
    Elizabeth B. Herrington
    Alex D. Berger
    Tyler Z. Zmick
    MORGAN, LEWIS & BOCKIUS LLP
    77 West Wacker Dr.
    Chicago, IL 60601-5094
    Tel. 312.324.1445
    Fax 312.324.1001
    Beth.Herrington@morganlewis.com
    Alex.Berger@morganlewis.com
    Tyler.Zmick@morganlewis.com

## **CERTIFICATE OF SERVICE**

I, Elizabeth B. Herrington, an attorney, certify that on September 3, 2019, I caused a copy of the foregoing document to be served upon all counsel of record for all parties that have appeared via the Court's CM/ECF system.

By: */s/ Elizabeth B. Herrington*
Elizabeth B. Herrington