**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Bennett Wilcosky, et al.
                         Plaintiff,

v.                                                Case No.: 1:19−cv−05061
                                               Honorable Franklin U. Valderrama

Amazon.Com, Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 8, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: Defendants filed a motion to vacate their responsive pleading deadline or, in the alternative, for an extension of time to respond to the amended complaint [84]. Defendants' request is based primarily on the recent transfer and reassignment to this Court of two related cases, 1:21−cv−04064 and 1:21−cv−04633. Defendants state that they understand that Plaintiffs in the three related cases intend to file a joint proposal to consolidate or coordinate the cases. Defendants' motion to vacate their responsive pleading deadline [84] is granted. The 9/30/2021 deadline for Defendants to answer the Amended Complaint is vacated. The parties are to file a joint status report by 10/21/2021 as to the status of a proposed plan to consolidate or coordinate the three related cases (1:19−cv−05061, 1:21−cv−04064, and 1:21−cv−04633). Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.