IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL GUNDERSON, JASON STEBBINS, and CHRISTOPHER BLOCK, each individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES, INC.,<br><br>Defendants. | Case No. 1:19-cv-05061<br><br>Honorable Franklin U. Valderrama<br><br>Magistrate Judge Gabriel A. Fuentes |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.17, Gregory T. Fouts respectfully moves for leave to withdraw his appearance as one of the attorneys of record for Defendants Amazon.com, Inc. and Amazon.com Services, Inc. (collectively, "Amazon") in this matter and states as follows:

1. Amazon has been and is represented in this action by counsel from Morgan, Lewis & Bockius LLP ("Morgan Lewis").

2. Mr. Fouts is leaving the law firm of Morgan Lewis and wishes to withdraw his appearance.

3. Amazon will continue to be represented in this matter by Elizabeth B. Herrington, J. Warren Rissier and Jordan McCrary of Morgan Lewis.

WHEREFORE, Gregory T. Fouts respectfully requests that the Court grant him leave to withdraw as one of the attorneys of record for Amazon in this action.

| | |
|---|---|
| Date: November 11, 2024 | Respectfully submitted,<br><br>*/s/ Gregory T. Fouts*<br>Elizabeth B. Herrington<br>Gregory T. Fouts<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Dr., Suite 2800<br>Chicago, IL 60606-1511<br>T: (312) 324-1000<br>F: (312) 324-1001<br>beth.herrington@morganlewis.com<br>Gregory.fouts@morganlewis.com<br>al.hassani@morganlewis.com<br><br>J. Warren Rissier (*pro hac vice*)<br>Jordan McCrary<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 South Grand Ave., Fl 22<br>Los Angeles, CA 90071-3132<br>T: (213) 612-2500<br>F: (213) 612-2501<br>warren.rissier@morganlewis.com<br>jordan.mccrary@morganlewis.com<br><br>*Counsel for Defendant Amazon.com, Inc. and Amazon.com Services, Inc.* |

**CERTIFICATE OF SERVICE**

  I, Gregory T. Fouts, an attorney certify that on this 11th day of November, 2024, I caused true and correct copies of the foregoing document to be filed and served via this Court's CM/ECF system.

                */s/ Gregory T. Fouts*
                Gregory T. Fouts