**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL GUNDERSON, JASON STEBBINS, and CHRISTOPHER BLOCK, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON.COM SERVICES, INC., <br><br> Defendants. | Case No. 1:19-cv-05061 <br><br> District Judge Honorable Franklin U. Valderrama <br><br> Magistrate Judge Honorable Gabriel A. Fuentes |

**JOINT STATUS REPORT**
**PER COURT'S MINUTE ENTRY DATED NOVEMBER 9, 2025 (DKT. NO. 273)**

In response to the Court's minute entry dated November 9, 2025 (Dkt. No. 273), the parties provide this joint status report.

1. The parties do not request a settlement conference with the Magistrate Judge. However, the parties are discussing potential mediation with a private mediator.

2. Defendants intend to file a Rule 23(f) petition for permission to appeal the Court's November 6, 2025 class certification order. That petition is due by November 20, 2025. If the petition is granted, Defendants intend to file a motion to stay this action until the Seventh Circuit issues its ruling on whether class certification was proper, which Plaintiffs will likely oppose.

3. The parties agree that the next step after the prospective Rule 23(f) petition and potential stay motion are resolved, is class notice and an opportunity for class members to opt out. The parties intend to meet and confer about proposed class notice and an opt out period. Following

that meet and confer, Plaintiffs intend to file a motion with a proposed class notice and an opt out period, for this Court's approval. Defendants may or may not oppose the motion depending on its substance.

4. The parties propose to complete fact discovery during the class opt-out period.

5. The parties propose that within thirty (30) days after the completion of fact discovery, Plaintiffs' expert reports are due, followed by Defendants' expert reports due sixty (60) days after Plaintiffs' expert reports. Plaintiffs' rebuttal expert reports are due thirty (30) days after Defendants' expert reports.

6. The parties propose that within forty-five (45) days after Plaintiffs' rebuttal expert reports, expert discovery shall be completed.

7. The parties propose that within thirty (30) days after completion of expert discovery, any motions to bar expert testimony will be due, with oppositions due forty-five (45) days after motions, and reply briefs due thirty (30) days after oppositions. The parties will determine whether to move to bar expert testimony after service of the expert reports.

8. The parties propose that summary judgment motions be due within sixty (60) days after Plaintiffs' rebuttal expert reports are due, with oppositions due forty-five (45) days after motions, and reply briefs due thirty (30) days after oppositions. The parties both presently intend to move for partial or complete summary judgment.

[signatures on following page]

Dated: November 14, 2025

**KAMBERLAW LLC**

By: /s/ Michael Aschenbrener

***Class Counsel***

Michael Aschenbrener (6292306)
masch@kamberlaw.com
KAMBERLAW, LLC
448 N LaSalle Dr.
Chicago, IL 60654
Tel: 312-238-8886

Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
KAMBERLAW, LLC
201 N. Milwaukee St., Suite 200
Denver, CO 80206
Tel: 303-222-9008

Deborah Kravitz (*pro hac vice*)
dkravitz@kamberlaw.com
KAMBERLAW, LLP
401 Center St., Suite 111
Healdsburg, CA 95448
Tel: 707-820-4247

***Attorneys for Plaintiffs and the Class***

Gerald J. Bekkerman
gbekkerman@tpmblegal.com
Bradley N. Pollock
bpollock@tpmblegal.com
Sean P. Murray
smurray@tpmblegal.com
Marc A. Taxman
mtaxman@tpmblegal.com
TAXMAN, POLLOCK, MURRAY &
 BEKKERMAN, LLC
225 W. Wacker Dr., Suite 1750
Chicago, IL 60606
Tel: 312-586-1700
Fax: 312-586-1701

Respectfully Submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Elizabeth B. Herrington

Elizabeth B. Herrington
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Dr., Suite 2800
Chicago, IL 60606-1511
Tel. 312.324.1445
Fax 312.324.1001
beth.herrington@morganlewis.com

J. Warren Rissier (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS
300 South Grand Ave., Fl. 22
Los Angeles, CA 90071-3132
Tel. 213.612.2500
Fax 213.612.2501
warren.rissier@morganlewis.com

***Attorneys for Defendants***

James Frickleton
jimf@bflawfirm.com
BARTIMUS FRICKLETON ROBERTSON
 RADER
4000 West 114th St., Suite 310
Leawood, KS 66211
Tel: 913-266-2300

Thomas P. Rosenfeld
tom@ghalaw.com
Kevin P. Green
kevin@ghalaw.com
GOLDENBERG HELLER &
 ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Tel: 618-656-5150

Brandon M. Wise
bwise@prwlegal.com
PEIFFER WOLF CARR KANE & CONWAY,
 LLP
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Tel: 314-833-4825

**CERTIFICATE OF SERVICE**

      I, Elizabeth B. Herrington, an attorney, certify that on November 14, 2025, I caused a copy of the foregoing document to be served upon all counsel of record for all parties that have appeared via the Court's CM/ECF system.

                                                      By: */s/ Elizabeth B. Herrington*
                                                             Elizabeth B. Herrington