# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GUNDERSON, JASON STEBBINS, and CHRISTOPHER BLOCK, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON.COM SERVICES, INC., <br><br> Defendants. | Case No. 1:19-cv-05061 <br><br> District Judge Honorable Franklin U. Valderrama <br><br> Magistrate Judge Honorable Gabriel A. Fuentes |

## JOINT STATUS REPORT
## PER COURT'S MINUTE ENTRY DATED DECEMBER 5, 2025 (DKT. NO. 280)

In response to the Court's minute entry dated December 5, 2025 (Dkt. No. 280), the parties provide this joint status report regarding the status of Amazon's Rule 23(f) petition for permission to appeal the Court's November 6, 2025 class certification order.

1. The Seventh Circuit's decision regarding Amazon's Rule 23(f) petition remains pending.

2. The parties have scheduled a mediation before Ret. Mag. Judge Schenkier of JAMS for February 9, 2026.

[signatures on following page]

| | |
|---|---|
| Dated: January 6, 2026 | Respectfully Submitted, |
| **KAMBERLAW LLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: /s/ Michael Aschenbrener | By: /s/ Elizabeth B. Herrington |
| *Class Counsel* | Elizabeth B. Herrington<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Dr., Suite 2800<br>Chicago, IL 60606-1511<br>Tel. 312.324.1445<br>Fax 312.324.1001<br>beth.herrington@morganlewis.com |
| Michael Aschenbrener (6292306)<br>masch@kamberlaw.com<br>KAMBERLAW, LLC<br>448 N LaSalle Dr.<br>Chicago, IL 60654<br>Tel: 312-238-8886 | |
| Scott A. Kamber (*pro hac vice*)<br>skamber@kamberlaw.com<br>KAMBERLAW, LLC<br>201 N. Milwaukee St., Suite 200<br>Denver, CO 80206<br>Tel: 303-222-9008 | J. Warren Rissier (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS<br>300 South Grand Ave., Fl. 22<br>Los Angeles, CA 90071-3132<br>Tel. 213.612.2500<br>Fax 213.612.2501<br>warren.rissier@morganlewis.com |
| Deborah Kravitz (*pro hac vice*)<br>dkravitz@kamberlaw.com<br>KAMBERLAW, LLP<br>401 Center St., Suite 111<br>Healdsburg, CA 95448<br>Tel: 707-820-4247 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs and the Class* | |
| Gerald J. Bekkerman<br>gbekkerman@tpmblegal.com<br>Bradley N. Pollock<br>bpollock@tpmblegal.com<br>Sean P. Murray<br>smurray@tpmblegal.com<br>Marc A. Taxman<br>mtaxman@tpmblegal.com<br>TAXMAN, POLLOCK, MURRAY &<br>  BEKKERMAN, LLC<br>225 W. Wacker Dr., Suite 1750<br>Chicago, IL 60606<br>Tel: 312-586-1700<br>Fax: 312-586-1701 | |

James Frickleton
jimf@bflawfirm.com
BARTIMUS FRICKLETON ROBERTSON
  RADER
4000 West 114th St., Suite 310
Leawood, KS 66211
Tel: 913-266-2300

Thomas P. Rosenfeld
tom@ghalaw.com
Kevin P. Green
kevin@ghalaw.com
GOLDENBERG HELLER &
  ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Tel: 618-656-5150

Brandon M. Wise
bwise@prwlegal.com
PEIFFER WOLF CARR KANE & CONWAY,
  LLP
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Tel: 314-833-4825