**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL GUNDERSON, JASON STEBBINS, and CHRISTOPHER BLOCK, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES, INC.,<br><br>Defendants. | Case No. 1:19-cv-05061<br><br>District Judge Honorable Franklin U. Valderrama<br><br>Magistrate Judge Honorable Gabriel A. Fuentes |

**JOINT STATUS REPORT
PER COURT'S MINUTE ENTRY DATED JANUARY 7, 2026 (DKT. NO. 284)**

In response to the Court's minute entry dated January 7, 2026 (Dkt. No. 284), the parties provide this joint status report regarding (1) the status of Amazon's Rule 23(f) petition for permission to appeal the Court's November 6, 2025 class certification order, and (2) the parties' February 9, 2026 mediation.

1. The Seventh Circuit's decision regarding Amazon's Rule 23(f) petition remains pending.

2. On February 9, 2026, the parties participated in a full-day mediation before Ret. Mag. Judge Schenkier of JAMS ADR. The mediation did not result in a settlement but the parties are continuing with settlement discussions.

[signatures on following page]

Dated: February 17, 2026

**KAMBERLAW LLC**

By: */s/ Michael Aschenbrener*

*Class Counsel*

Michael Aschenbrener (6292306)
masch@kamberlaw.com
KAMBERLAW, LLC
448 N LaSalle Dr.
Chicago, IL 60654
Tel: 312-238-8886

Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
KAMBERLAW, LLC
201 N. Milwaukee St., Suite 200
Denver, CO 80206
Tel: 303-222-9008

Deborah Kravitz (*pro hac vice*)
dkravitz@kamberlaw.com
KAMBERLAW, LLP
401 Center St., Suite 111
Healdsburg, CA 95448
Tel: 707-820-4247

*Attorneys for Plaintiffs and the Class*

Gerald J. Bekkerman
gbekkerman@tpmblegal.com
Bradley N. Pollock
bpollock@tpmblegal.com
Sean P. Murray
smurray@tpmblegal.com
Marc A. Taxman
mtaxman@tpmblegal.com
TAXMAN, POLLOCK, MURRAY &
 BEKKERMAN, LLC
225 W. Wacker Dr., Suite 1750
Chicago, IL 60606
Tel: 312-586-1700
Fax: 312-586-1701

Respectfully Submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Elizabeth B. Herrington*

Elizabeth B. Herrington
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Dr., Suite 2800
Chicago, IL 60606-1511
Tel. 312.324.1445
Fax 312.324.1001
beth.herrington@morganlewis.com

J. Warren Rissier (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS
300 South Grand Ave., Fl. 22
Los Angeles, CA 90071-3132
Tel. 213.612.2500
Fax 213.612.2501
warren.rissier@morganlewis.com

*Attorneys for Defendants*

James Frickleton
jimf@bflawfirm.com
BARTIMUS FRICKLETON ROBERTSON
 RADER
4000 West 114th St., Suite 310
Leawood, KS 66211
Tel: 913-266-2300

Thomas P. Rosenfeld
tom@ghalaw.com
Kevin P. Green
kevin@ghalaw.com
GOLDENBERG HELLER &
 ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Tel: 618-656-5150

Brandon M. Wise
bwise@prwlegal.com
PEIFFER WOLF CARR KANE & CONWAY,
 LLP
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Tel: 314-833-4825