**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Michael Gunderson, et al.
               Plaintiff,

v.
                                         Case No.: 1:19–cv–05061
                                         Honorable Franklin U. Valderrama

Amazon.Com, Inc., et al.
               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 19, 2026:

     MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint status report [285], which advises that the Seventh Circuit's decision regarding Amazon's Rule 23(f) petition remains pending and that the parties participated in a mediation before Ret. Mag. Judge Schenkier of JAMS on 2/9/2026, which did not result in a settlement, but the parties are continuing with settlement discussions. The Court directs the parties to file a status report on or before 4/6/2026 detailing the status of the case and any updates stemming from the ongoing settlement discussions, as well as about the status of the Seventh Circuit's decision. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.