**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MICHAEL GUNDERSON, JASON STEBBINS, and CHRISTOPHER BLOCK, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON.COM SERVICES, INC., <br><br> Defendants. | Case No. 1:19-cv-05061 <br><br> District Judge Honorable Franklin U. Valderrama <br><br> Magistrate Judge Honorable Gabriel A. Fuentes |

**JOINT STATUS REPORT
PER COURT'S MINUTE ENTRY DATED MARCH 24, 2026 (DKT. NO. 289)**

In response to the Court's minute entry dated March 24, 2026 (Dkt. No. 289), the parties provide this joint status report regarding (1) the next steps in discovery and (2) settlement status.

1.      Regarding discovery, Amazon continues to work on data regarding total class size for purposes of settlement discussions, which is also necessary data for class notice.  The data is expected to include name, billing address at the time of Voice ID creation, and email address (where available—it is possible to also sign up for an account with a phone number).  Amazon is working to marry multiple database together, process the data and check it with various quality controls.  Amazon expects that the data will be produced to Plaintiffs' counsel within the next two weeks, and the parties propose to submit a joint status report to the Court shortly thereafter, by May 7, 2026.

2. Following production of the data to Plaintiffs' counsel, the parties expect to engage in additional settlement discussions. The parties propose to also submit a further update about settlement discussions by May 7, 2026.

Dated: April 20, 2026

Respectfully Submitted,

**KAMBERLAW LLC**

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Michael Aschenbrener*

By: */s/ Elizabeth B. Herrington*

***Class Counsel***

Michael Aschenbrener (6292306)
masch@kamberlaw.com
KAMBERLAW, LLC
448 N LaSalle Dr.
Chicago, IL 60654
Tel: 312-238-8886

Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
KAMBERLAW, LLC
201 N. Milwaukee St., Suite 200
Denver, CO 80206
Tel: 303-222-9008

Deborah Kravitz (*pro hac vice*)
dkravitz@kamberlaw.com
KAMBERLAW, LLP
401 Center St., Suite 111
Healdsburg, CA 95448
Tel: 707-820-4247

***Attorneys for Plaintiffs and the Class***

Gerald J. Bekkerman
gerald@tpb-law.com
Bradley N. Pollock
brad@tpb-law.com
Marc A. Taxman
mtaxman@tpb-law.com
TAXMAN, POLLOCK &
 BEKKERMAN, LLC

Elizabeth B. Herrington
beth.herrington@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Dr., Suite 2800
Chicago, IL 60606
Tel. 312-324-1445

J. Warren Rissier (*pro hac vice*)
warren.rissier@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., Floor 22
Los Angeles, CA 90071
Tel. 213-612-2500

***Attorneys for Defendants***

225 W. Wacker Dr., Suite 1750
Chicago, IL 60606
Tel: 312-586-1700
Fax: 312-586-1701

James Frickleton
jimf@bflawfirm.com
BARTIMUS FRICKLETON ROBERTSON
 RADER
4000 West 114th St., Suite 310
Leawood, KS 66211
Tel: 913-266-2300

Thomas P. Rosenfeld
tom@ghalaw.com
Kevin P. Green
kevin@ghalaw.com
GOLDENBERG HELLER &
 ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Tel: 618-656-5150

Brandon M. Wise
bwise@prwlegal.com
PEIFFER WOLF CARR KANE & CONWAY,
 LLP
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Tel: 314-833-4825

3