**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| MICHAEL GUNDERSON, JASON STEBBINS, and CHRISTOPHER BLOCK, individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES, INC.,<br><br>          Defendants. | Case No. 1:19-cv-05061<br><br>District Judge Honorable Franklin U. Valderrama<br><br>Magistrate Judge Honorable Gabriel A. Fuentes |

**JOINT STATUS REPORT**
**PER COURT'S MINUTE ENTRY DATED APRIL 21, 2026 (DKT. NO. 291)**

In response to the Court's minute entry dated April 21, 2026 (Dkt. No. 291), the parties provide this joint status report regarding (1) discovery progress and (2) settlement status.

1.      Regarding discovery, Amazon has made substantial progress—and anticipates completing in the next week—collecting and processing data regarding class size and composition for purposes of settlement discussions, which is also necessary data for class notice. The data is expected to include name, address at the time of Voice ID creation, email address (where available), and last used street address. To accomplish this, Amazon has now married multiple databases together and processed the data. Amazon is currently in the process of checking the data with various quality controls.

2.      Amazon expects to be able to provide information relevant to class size based on the data to Plaintiffs' counsel within the next week including the total number of households and

the total number of profiles that enrolled in Voice ID for whom the last used address at the time of Voice ID creation was in Illinois.

3. Following providing this information (discussed in paragraph 2 above) to Plaintiffs' counsel, the parties expect to engage in additional settlement discussions.

4. The parties are also engaged in discussions regarding the mechanics and contents of notice to potential class members for settlement and/or class notice purposes, including how such notice will be provided, the contents of the notice, and the prospective role of a third party claims administrator.

5. The parties propose submitting a further joint status report to the Court by May 18, 2026.

Dated: May 7, 2026                                              Respectfully Submitted,

**KAMBERLAW LLC**                                  **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Michael Aschenbrener*                      By: */s/ Elizabeth B. Herrington*

***Class Counsel***

Michael Aschenbrener (6292306)
masch@kamberlaw.com
KAMBERLAW, LLC
448 N LaSalle Dr.
Chicago, IL 60654
Tel: 312-238-8886

Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
KAMBERLAW, LLC
201 N. Milwaukee St., Suite 200
Denver, CO 80206
Tel: 303-222-9008

Deborah Kravitz (*pro hac vice*)
dkravitz@kamberlaw.com
KAMBERLAW, LLP

Elizabeth B. Herrington
beth.herrington@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Dr., Suite 2800
Chicago, IL 60606
Tel. 312-324-1445

J. Warren Rissier (*pro hac vice*)
warren.rissier@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., Floor 22
Los Angeles, CA 90071
Tel. 213-612-2500

***Attorneys for Defendants***

401 Center St., Suite 111
Healdsburg, CA 95448
Tel: 707-820-4247

***Attorneys for Plaintiffs and the Class***

Gerald J. Bekkerman
gerald@tpb-law.com
Bradley N. Pollock
brad@tpb-law.com
Marc A. Taxman
mtaxman@tpb-law.com
TAXMAN, POLLOCK &
  BEKKERMAN, LLC
225 W. Wacker Dr., Suite 1750
Chicago, IL 60606
Tel: 312-586-1700
Fax: 312-586-1701

James Frickleton
jimf@bflawfirm.com
BARTIMUS FRICKLETON ROBERTSON
  RADER
4000 West 114th St., Suite 310
Leawood, KS 66211
Tel: 913-266-2300

Thomas P. Rosenfeld
tom@ghalaw.com
Kevin P. Green
kevin@ghalaw.com
GOLDENBERG HELLER &
  ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Tel: 618-656-5150

Brandon M. Wise
bwise@prwlegal.com
PEIFFER WOLF CARR KANE & CONWAY,
  LLP
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Tel: 314-833-4825

3