**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL GUNDERSON, JASON STEBBINS, and CHRISTOPHER BLOCK, individually, and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC. and AMAZON.COM SERVICES, INC.,<br>Defendants. | Case No. 1:19-cv-05061<br>District Judge Honorable Franklin U. Valderrama<br>Magistrate Judge Honorable Gabriel A. Fuentes |

**JOINT STATUS REPORT**
**PER THE COURT'S MINUTE ENTRY DATED AUGUST 11, 2026 (DKT. NO. 303)**

In response to the Court's minute entry dated August 11, 2026 (Dkt. No. 303), the parties provide this joint status report regarding settlement status and class notice.

**Update Regarding Settlement Status and Mediation**

Regarding settlement status, as previously indicated, the parties agreed to mediate and scheduled a mediation with the Honorable James R. Epstein (ret.) for October 29, 2026. The parties exchanged mediation statements on October 15, 2026. Plaintiffs' counsel and Amazon's counsel thereafter had further discussions about their respective settlement positions, as stated in the exchanged mediation statements. On Wednesday, October 21, 2026, Amazon's counsel informed Plaintiffs' counsel by phone that Amazon determined mediation on October 29, 2026 would not be successful given the apparent disconnect in the parties' mediation statements about potential settlement ranges, and that it would be desirable to continue the mediation to a later date to give it a chance for success. The parties agreed to go through with the already-scheduled joint pre-

mediation call with Judge Epstein on Friday, October 23, 2026. The parties participated in that call, provided Judge Epstein with an update, and informed him that Amazon determined the mediation would need to be continued. The parties thereafter engaged in additional discussions about a potential settlement and determined that it would not be productive to reschedule the mediation at this time.

**Update Regarding Class Notice**

Plaintiffs hereby request that the Court set a deadline of November 20, 2026 for Plaintiffs to file their motion for approval of class notice plan, which will seek thirty (30) days for the Class Notice administrator to prepare the notice plan for sending from the date the Court approves the plan. The reason for proposing November 20 is to allow the Notice Administrator and Amazon adequate time to review the motion and supporting documents with the goal of Plaintiffs filing the motion unopposed.

Dated: November 5, 2026

**KAMBERLAW LLC**

By: *s/ Michael Aschenbrener*

***Class Counsel***

Michael Aschenbrener
masch@kamberlaw.com
KAMBERLAW, LLC
448 N. LaSalle Dr.
Chicago, IL 60654
Tel: 312-238-8886

Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
KAMBERLAW, LLC
201 N. Milwaukee St., Suite 200
Denver, CO 80206
Tel: 303-222-9008

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Elizabeth B. Herrington*

Elizabeth B. Herrington
beth.herrington@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Dr., Suite 2800
Chicago, IL 60606
Tel: 312-324-1445

J. Warren Rissier (*pro hac vice*)
warren.rissier@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., Floor 22
Los Angeles, CA 90071
Tel: 213-612-2500

***Attorneys for Defendants***

Deborah Kravitz (*pro hac vice*)
dkravitz@kamberlaw.com
KAMBERLAW, LLC
401 Center St., Suite 111
Healdsburg, CA 95448
Tel: 707-820-4247

***Attorneys for Plaintiffs and the Class***

Gerald J. Bekkerman
gerald@tpb-law.com
Bradley N. Pollock
brad@tpb-law.com
Marc A. Taxman
mtaxman@tpb-law.com
TAXMAN, POLLOCK &
BEKKERMAN, LLC
225 W. Wacker Dr., Suite 1750
Chicago, IL 60606
Tel: 312-586-1700
Fax: 312-586-1701

James Frickleton
jimf@bflawfirm.com
BARTIMUS FRICKLETON ROBERTSON
RADER
4000 West 114th St., Suite 310
Leawood, KS 66211
Tel: 913-266-2300

Thomas P. Rosenfeld
tom@ghalaw.com
Kevin P. Green
kevin@ghalaw.com
GOLDENBERG HELLER &
ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Tel: 618-656-5150

Brandon M. Wise
bwise@prwlegal.com
PEIFFER WOLF CARR KANE & CONWAY,
LLP
818 Lafayette Ave., Floor 2
St. Louis, MO 63104

Tel: 314-833-4825