**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Michael Gunderson, et al.
Plaintiff,
v.
Amazon.Com, Inc., et al.
Defendant.

Case No.: 1:19−cv−05061
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the Parties' joint status report updating the Court on settlement status and mediation [304]. The parties indicate that rescheduling the mediation would not be productive at this time. Accordingly, as requested in the joint status report, by 11/20/2026 Plaintiffs are to file their motion for approval of class notice plan. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.